UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK SENIOR,

                        Plaintiff,                    25-cv-9925 (JGK)

            - against -                               ORDER

MAGIC SPOON, INC.

                        Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide

an update to the Court by **February 26, 2026.** Failure to notify

the Court by that date may result in dismissal without

prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
          December 2, 2025

                                        John G. Koeltl
                                   United States District Judge